United States Courts
Southern District of Texas
FILED

SEP 16 2021

Nathan Ochsner
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. **4:21cr456** |
| DANIEL PRINCE, | § | |
| EDWARD HUBBARD, | § | |
| CHARLES DAWSON, | § | |
| DAMON RANDOLPH, | § | |
| CURTIS SANDEL, | § | |
| and | § | |
| KIYON MARSHALL | § | |
| Defendants. | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

At all times material to this Indictment Quintin Roach was engaged in trafficking illegal narcotics, such as cocaine, which was smuggled from outside the United States and which was shipped and traveled in interstate commerce, and which affects interstate commerce.

### COUNT ONE

Aiding and Abetting Interference with Commerce by Robbery

On or about December 8, 2018, in the Houston Division of the Southern District of Texas,

1

**DANIEL PRINCE,
EDWARD HUBBARD,
CHARLES DAWSON,
DAMON RANDOLPH,
CURTIS SANDEL,
AND
KIYON MARSHALL,**

defendants herein, aiding and abetting each other, did knowingly and intentionally obstruct, delay, and affect interstate commerce and attempt to obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain and attempt to obtain the property, namely, United States currency and narcotics in Houston, Southern District of Texas, which was in the possession and custody of Quintin Roach, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a), and 2.

### COUNT TWO

<u>Aiding and Abetting Use of a Firearm
During and in Relation to a Crime of Violence
Causing Death</u>

On or about December 8, 2018, in the Houston Division of the Southern District of Texas,

>DANIEL PRINCE,
>EDWARD HUBBARD,
>CHARLES DAWSON,
>DAMON RANDOLPH,
>CURTIS SANDEL,
>AND
>KIYON MARSHALL,

defendants herein, aiding and abetting each other and others, known and unknown to the Grand Jury, did knowingly carry, use, and discharge firearms, namely pistols, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery as alleged in Count I, and caused the death of a person, to wit: Quintin Roach, through the use of firearms.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(iii), 924(j)(1), and 2.

## COUNT THREE

### Conspiracy to Distribute A Controlled Substance

From on or about December 1, 2018 to December 8, 2018, in the Southern District of Texas, and elsewhere, within the jurisdiction of this Court,

>DANIEL PRINCE,
>EDWARD HUBBARD,
>CHARLES DAWSON,
>DAMON RANDOLPH,
>CURTIS SANDEL,
>AND
>KIYON MARSHALL,

3

defendants herein, did knowingly and unlawfully conspire, confederate, and agree with each other and others, known and unknown to the Grand Jury, to commit an offense defined in Title 21, United States Code, Section 841(a)(1), that is, to possess with intent to distribute a controlled substance.  The violation involved five (5) kilograms or more of a mixture or substance containing a detectable amount of Cocaine, a Schedule II controlled substance in violation of Title 21, United States Code, §§ 846, 841(a)(1), and 841(b)(1)(A)(ii).

## COUNT FOUR
### Aiding and Abetting Use of a Firearm During and in Relation to a Crime of Violence Causing Death

On or about December 8, 2018, in the Houston Division of the Southern District of Texas,

**DANIEL PRINCE,**
**EDWARD HUBBARD,**
**CHARLES DAWSON,**
**DAMON RANDOLPH,**
**CURTIS SANDEL,**
**AND**
**KIYON MARSHALL**

defendants herein, aiding and abetting each other and others, known and unknown to the Grand Jury, did knowingly carry, use, and discharge firearms, namely pistols, during and in relationship to a drug trafficking crime for which they may be prosecuted

in a court of the United States, that being conspiracy to possess with intent to distribute cocaine as alleged in Count III, and caused the death of a person, to wit: Quintin Roach, through the use of firearms.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(iii), 924(j)(1), and 2.

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, §§ 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice to defendants,

> DANIEL PRINCE,
> EDWARD HUBBARD,
> CHARLES DAWSON,
> DAMON RANDOLPH,
> CURTIS SANDEL,
> AND
> KIYON MARSHALL

that upon conviction of Discharging and Brandishing of a Firearm During a Crime of Violence, as charged in Counts Two and Four, all firearms and ammunition involved in or used in a violation of Title 18, United States Code, §§ 924(c)(1)(A)(ii), (iii), and 2, are subject to forfeiture.

A TRUE BILL:
<u>ORIGINAL SIGNATURE ON FILE</u>
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
Acting United States Attorney

BY: *Lisa M. Collins*
Lisa M. Collins
Assistant United States Attorney